**Order filed May 24, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00985-CV
_____

**TEXAS STAR SHUTTLE, ET AL., Appellants**

**V.**

**RICHARD GRICE, ET AL., Appellees**

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2013-53710

## O R D E R

Appellant's brief was due May 4, 2016**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 24, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM